AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Mark Eugene Vaughn,<br>*Plaintiff*<br>v.<br><br>Officer Michael Coble,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No.    0:15-cv-04149-TMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____

dollars ($___), which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate

of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

_____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Mark Eugene Vaughn, shall take nothing of the defendant, Officer Michael Coble,

from the complaint filed and this action is dismissed without prejudice and without issuance and service of

process.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge, presiding, having adopted the
Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge,
which dismissed the complaint without prejudice.

Date:  November 16, 2015                    *ROBIN L. BLUME, CLERK OF COURT*

                                                    s/G. Mills
                                     _____
                                                *Signature of Clerk or Deputy Clerk*